BETTY JO WALLACE
2023 BRANCH CREEK DR
BYRAM, MS 39272

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE AMERICA
322 RHETT ST
GREENVILLE, SC 29601

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

AFTERPAY
222 KEARNY ST #600
SAN FRANCISCO, CA 94103

AMERICAN CREDIT ACCEPT
ATTN: BANKRUPTCY
961 E MAIN ST, FL 2
SPARTANBURG,, SC 29302

BALANCE CREDIT
P.O. BOX 4356
DEPT 1557
HOUSTON, TX 77210

BELHAVEN UNIVERSITY
1500 PEACHTREE ST
CAMPUS BOX 159
JACKSON, MS 39202

BLUE MOUNTAIN LOANS
PO BOX 11781
SANTA ROSA, CA 95406

BRIGIT
838 AVENUE OF THE AM
NEW YORK, NY 10001-4194

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-0599

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CHASE BANK
PO BOX 5210
NEW HYDE PARK, NY 11042

CREDENCE RESOURCE
ATTN: BANKRUPTCY
PO BOX 2300
SOUTHGATE, MI 48195

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

FAIRCHILD MOTORS
5061 HWY 42
HATTIESBURG, MS 39401

FORTIVA
P.O. BOX 790156
SAINT LOUIS, MO 63179

GLOBAL LENDING
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

HS FINANCIAL GROUP
18013 CLEVELAND PKWY
#170
CLEVELAND, OH 44135

INTEGRA
3280 N UNIVERSITY AVE
PROVO, UT 84604

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

KING OF KASH
103 S MAIN ST
OTTAWA, KS 66067

KLOVER
57 W GRAND AVE
CHICAGO, IL 60654

LENDUMO
P.O. BOX 542
LAC DU FLAMBE, WI 54538

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

MOBILOANS, LLC
ATTN: BANKRUPTCY
PO BOX 1409
MARKSVILLE, LA 71351

NELNET
PO BOX 82561
LINCOLN, NE 68501

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

PORTFOLIO RECOVERY
120 CORPORATE BLVD
NORFOLK, VA 23502

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

POST LAKE LENDING
PO BOX 368
CRANDON, WI 54520

RAY WALLACE
2023 BRANCH CREEK DR
BYRAM, MS 39272

RECEIVABLE MANAGEMENT
ATTN: BANKRUPTCY
7350 TILGHMAN ST
ALLENTOWN, PA 18106

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

SNAP RTO LLC
P.O. BOX 26561
SALT LAKE CIT, UT 84126

SPEEDY CASH
3611 N. RIDGE RD.
WICHITA, KS 67205

SPOT LOAN
PO BOX 927
PALATINE, IL 60078-0927

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUSTMARK NATIONAL
248 EAST CAPITOL ST
JACKSON, MS 39201

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

VANCE & HUFFMAN LLC
ATTN: BANKRUPTCY
55 MONETTE PKWY
STE 100
SMITHFIELD, VA 23430

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101

WAYPOINT RESOURCE
ATTN: BANKRUPTCY
1065 W LEVOY DR
STE 100
TAYLORSVILLE, UT 84123